IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANNIE PATTON                                                        PLAINTIFF

VS.                        CASE NO. 03-CV-1169

THE CITY OF CAMDEN, ARKANSAS,
A Public Corporation; and
JON MITCHELL, In His Individual
Capacity                                                     DEFENDANTS

## **JUDGMENT**

Now on this 1st day of March, 2006, for the reasons stated in its Memorandum Opinion filed herewith, the Court hereby enters judgment in favor of the Defendants, the City of Camden, Arkansas, and Jon Mitchell, and against the Plaintiff, Annie Patton.

IT IS SO ORDERED.

                                                                                 /s/Harry F. Barnes
                                                                         Hon. Harry F. Barnes
                                                                         United States District Judge